# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 29, 2002

HON. KENNETH F. RIPPLE, *Circuit Judge*

HON. DANIEL A. MANION, *Circuit Judge*

HON. TERENCE T. EVANS, *Circuit Judge*

No. 01-3928

PATRICE BOUVAGNET,

Plaintiff-Appellant,

v.

JEAN C. BOUVAGNET,

Defendant-Appellee.

Appeal from the United States
District Court for the Northern
District of Illinois, Eastern Division.

No. 01 C 4685

**Ronald A. Guzman**, *Judge.*

ORDER

This court issued an opinion in this case on July 26, 2002. On July 22, 2002, the parties to this action had filed a Joint Notice of Settlement and Motion to Dismiss Appeal. This filing was not presented to the judges until after the release of the opinion.

Upon being notified of the pendency of the parties' Notice and Motion, the court directed the parties to file memoranda clarifying the basis of their settlement and stating whether the settlement agreement remained subject to any contingency. Those memoranda have been received.

Accordingly, it is ordered that the opinion of this court, issued on July 26, 2002, be withdrawn. The appeal is dismissed. The parties shall bear their own costs in this court.

IT IS SO ORDERED.